UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 JUN 18 AM 11: 26

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 1:14-cr-87 |
| MOSES GEYER,<br>   a/k/a "Space,"<br>JAHLIL MARSH,<br>   a/k/a "Skillz," a/k/a "SK," and<br>RICHARD DENISON,<br>   Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 9, 2013, in the District of Vermont, defendant MOSES GEYER, a/k/a "Space," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 2

On or about May 29, 2013, in the District of Vermont, defendant JAHLIL MARSH, a/k/a "Skillz," a/k/a "SK," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 3

On or about May 31, 2013, in the District of Vermont, defendants MOSES GEYER, a/k/a "Space," and JAHLIL MARSH, a/k/a "Skillz," a/k/a "SK," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT 4

On or about October 16, 2013, in the District of Vermont, defendants JAHLIL MARSH, a/k/a "Skillz," a/k/a "SK," and RICHARD DENISON knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

_____ (CSN)
TRISTRAM J. COFFIN
United States Attorney
Rutland, Vermont
June 18, 2014